UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.                                     Case No. 3:22-CV-721

**ROBERT ATBERRY, MARCUS NEWSOME, DANIEL PHILBERT, JONATHAN AIKIN, STEVEN LOLA, CHRISTOPHER LANGKAU, and AUSTIN FOWLER, individually,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as Counsel of record for ROBERT ATBERRY, DANIEL PHILBERT, JONATHAN AIKIN, CHRISTOPHER LANGKAU and AUSTIN FOWLER, in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

    Liane S. LaBouef
    Florida Bar No. 1025198
    Lead Counsel

    M. Weston Pope, Esquire
    Florida Bar No. 1035267
    Howell, Buchan & Strong P.A.
    2898-6 Mahan Drive

Tallahassee, Florida 32308
Phone: (850) 877-7776
liane@jsh-pa.com
wes@jsh-pa.com

    Respectfully submitted,

    */s/ Liane S. LaBouef*
    Liane S. LaBouef, Esq.
    Florida Bar No. 1025198

    */s/ M. Weston Pope*
    M. Weston Pope, Esquire
    Florida Bar No. 1035267
    Howell, Buchan & Strong
    2898-6 Mahan Drive
    Tallahassee, Florida 32308
    Telephone: (850) 877-7776
    tom@jsh-pa.com
    liane@jsh-pa.com
    *Attorneys for Defendants Robert Atteberry, Daniel Philbert, Jonathan Aikin, Christopher Langkau, and Austin Fowler.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF this 21st day of October, 2022.

    */s/ Liane S. LaBouef*
    Liane S. LaBouef, Esq.

    */s/ M. Weston Pope*
    M. Weston Pope, Esquire