UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

ROBERT ATTEBERRY, et al.,

    Defendants.

Case No. 3:22-cv-721-MMH-PBD

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
"UNOPPOSED" MOTION FOR EXTENSION OF TIME (D.E. 15)**

Plaintiff, GENARD CHESTNUT, through counsel, responds to Defendants' "Unopposed" Motion for Extension of Time (D.E. 15), and would show:

1. On October 14, 2022, Defendants did confer with Plaintiff, regarding a ten-day extension to respond to Plaintiff's Complaint.[1]

2. Plaintiff has no problem with construing a "ten-day extension" as a "ten working days," i.e., two-week extension.

3. However, Plaintiff only intended agreement to a two-week extension from the date of the request, not from the date of the Court's Order.

4. Plaintiff did not agree to an open-ended "14-day extension from *the granting of this motion*" to file a response as stated in the Motion.

5. There was no basis in our exchange for the conclusion that Plaintiff agreed to a two-week extension from the granting of the motion.

6. Plaintiff's non-objection envisioned an October 28, 2022, response.

---

[1] With the last Defendant served September 21, 2022, the response due by October 11, 2022, and was already overdue when the request for extension was made.

Plaintiff does not object to an additional extension to November 4.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to extend the deadline for response to the Complaint no later than November 4, 2022.

Respectfully Submitted, *s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

<u>Attorney for Plaintiff</u>

I CERTIFY the foregoing was filed electronically on 10/29/22, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/James V. Cook*