UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                              Case No. 3:22-cv-721-MMH-PDB

ROBERT ATTEBERRY et al.,

    Defendants.
_____

## **ORDER**

The plaintiff, through counsel, filed a complaint on June 28, 2022. Doc. 1. For defendant Marcus Newsome, the plaintiff has not filed proof of service as required by Local Rule 1.10.

In response to an order to show cause, Doc. 11, the plaintiff explains he has not served Mr. Newsome because he cannot find a "good home address" for Mr. Newsome and Mr. Newsome no longer works for the state bureau of prisons. Doc. 13.

By **November 23, 2022**, the plaintiff must file proof of service on Mr. Newsome and show satisfactory cause why the claims against Mr. Newsome should not be dismissed without prejudice for failure to prosecute or comply

with the order to show cause. Alternatively, the plaintiff may file a notice consenting to dismissing the claims against Mr. Newsome without prejudice.

**Ordered** in Jacksonville, Florida, on November 7, 2022.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

caw 11/7
c:
Counsel of Record