UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

ROBERT ATTEBERY, *et al.*,

    Defendants.

Case No. 3:22-cv-721-MMH-PDB

**LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Genard Chesnut, Plaintiff
- James V. Cook, Attorney for Plaintiff
- Law Office of James Cook, Attorneys for Plaintiff
- James M. Slater, Attorney for Plaintiff
- Slater Legal PLLC, Attorneys for Plaintiff
- Robert Atteberry, Defendant

- Marcus Newsome, Defendant

- Daniel Philbert, Defendant

- Jonathan Aikin, Defendant

- Steven Lola, Defendant

- Christopher Langkau, Defendant

- Austin Fowler, Defendant

- Liane LaBouef, Attorney for Defendants

- M. Weston Pope, Attorney for Defendants

- Howell, Buchan & Strong, Attorneys for Defendants

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Genard Chesnut, Plaintiff.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: November 17, 2022

                    LAW OFFICE OF JAMES COOK

                    By: */s/ James V. Cook*
                          James V. Cook (FBN 0966843)
                          314 W. Jefferson Street
                          Tallahassee, Florida 32301
                          Tel. (850) 222-8080
                          Fax (850) 561-0836
                          cookjv@gmail.com

                                -and-

                    SLATER LEGAL PLLC

                    By: */s/ James M. Slater*
                          James M. Slater (FBN 111779)
                          113 S. Monroe Street
                          Tallahassee, Florida 32301
                          Tel: (305) 523-9023
                          james@slater.legal

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on November 17, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

                    By: */s/ James M. Slater*
                          James M. Slater