UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

     Plaintiff,

v.

     Case No. 3:22-cv-721-MMH-PDB

ROBERT ATTEBERY, *et al.*,

     Defendants.

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [D.E. 18]**

In its Order to Show Cause [D.E. 18], the Court directed Plaintiff to either file proof of service as to Marcus Newsome by November 23, 2022 and show cause why the claims against him should not be dismissed without prejudice, or file a notice consenting to dismissal of this action against him without prejudice.

Contemporaneously with this filing, Plaintiff filed an amended complaint pursuant to Rule 15(a)(1)(B) without naming Marcus Newsome as a defendant and thereby dropping him from this lawsuit without prejudice. *Shoppettes, Inc. v. Creative Wonders, Inc.*, 750 F. Supp. 487, 493 (M.D. Fla. 1990).

Accordingly, Plaintiff requests that the order to show cause as to service of Mr. Newsome be discharged.

Dated: November 23, 2022.

Respectfully submitted,

SLATER LEGAL PLLC

By: */s/ James M. Slater*
       James M. Slater (FBN 111779)
       113 S. Monroe Street
       Tallahassee, Florida 32301
       james@slater.legal
       Tel: (305) 523-9023

       -and-

       LAW OFFICE OF JAMES COOK
       James V. Cook (FBN 0966843)
       314 W. Jefferson Street
       Tallahassee, Florida 32301
       Tel. (850) 222-8080
       Fax (850) 561-0836
       cookjv@gmail.com

       *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
       James M. Slater

2