**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

v.                                              Case 3:22-CV-00721-MMH-PDB

**ROBERT ATTEBERRY,
DANIEL PHILBERT, JONATHAN
AIKIN, STEVEN LOLA,
CHRISTOPHER LANGKAU, and
AUSTIN FOWLER, individually,**

    **Defendants,**
_____/

## NOTICE OF APPEARANCE

The undersigned hereby files this Notice of Appearance as counsel of record for the Defendant STEVEN LOLA in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

Liane S. LaBouef, Esq.
Howell, Buchan, & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Liane@jsh-pa.com

                                            Respectfully submitted,

                                            /s/ *Liane S. LaBouef*
                                            Liane S. LaBouef, Esq.
                                            Florida Bar No. 1025198

>Howell, Buchan & Strong
>2898-6 Mahan Drive
>Tallahassee, Florida 32308
>Telephone: (850) 877-7776
>Email: Liane@jsh-pa.com
>*Attorney for Defendant STEVEN LOLA*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on January 23, 2023.

>/s/ *Liane S. LaBouef*
>Liane S. LaBouef