UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**           CASE NO. 3:22-CV-721

       **Plaintiff,**

v.

**ROBERT ATTEBERRY, DANIEL PHILBERT, JONATHAN AIKIN, STEVEN LOLA, CHRISTOPHER LANGKAU, and AUSTIN FOWLER,** individually,

       **Defendant,**
_____/

### DEFENDANT LOLA'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER TO COMPLAINT

Defendant STEVEN LOLA hereby request leave to file Answers and Affirmative Defenses in response to Plaintiff's Complaint, and in support states:

    1.    Plaintiff has filed "summons issued as to Steven Lola." [Doc. 9.]

    2.    Undersigned counsel was retained on January 20, 2023, to represent Defendant Lola in this action.

    3.    Defendant Lola maintains that he was not served summons in this case either by mail or personal service.

1

4.     However, the parties have conferred and Plaintiff is unopposed to Defendant Lola filing an Answer to his complaint.

WHEREFORE, Defendant Lola requests that the Court allow him to file Answers and Affirmative Defenses in response to Plaintiff's Complaint, a draft copy of which is attached to this motion.

Respectfully submitted,

*/s/ Liane S. LaBouef*
Liane S. LaBouef
Florida Bar No. 1025198
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Liane@jsh-pa.com
*Attorney for Defendant Lola*

## **LOCAL RULE 3.01(G) CERTIFICATION**

I hereby certify that counsel for the parties conferred on the above motion via email on January 20, 2023. Plaintiff does not oppose Defendants' motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on January 27, 2023.

*/s/ Liane S. LaBouef*
Liane S. LaBouef
