UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

ROBERT ATTEBERRY, et al., individually,

    Defendants.

Case No. 3:22-cv-721-MMH-PDB

**NOTICE OF LEAD COUNSEL DESIGNATION**

The Undersigned Attorney appears as Lead Counsel for the Plaintiff, GENARD CHESTNUT. The certificate of service for all pleadings, orders, and other papers in this action should include James V. Cook, Law Office of James Cook, 314 West Jefferson Street, Tallahassee, FL 32301, cookjv@gmail.com.

Respectfully Submitted,    *s/ James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 2/2/2023, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

                                                             */s/James V. Cook*