UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**          CASE NO. 3:22-CV-721

      **Plaintiff,**

v.

**ROBERT ATTEBERRY, MARCUS NEWSOME, DANIEL PHILBERT, JONATHAN AIKIN, STEVEN LOLA, CHRISTOPHER LANGKAU, and AUSTIN FOWLER, individually,**

      **Defendant,**
_____/

## MATTHEW WESTON POPE'S UNOPPOSED MOTION TO WITHDRAW

The undersigned hereby moves to withdraw as counsel of record for Defendants ATTEBERRY, PHILBERT, AIKIN, LANGKAU, and FOWLER in the above-referenced case and states the following in support thereof:

1. Effective November 23, 2022, the undersigned resigned from his position with Howell, Buchan & Strong.

2. Defendants ATTEBERRY, PHILBERT, AIKIN, LANGKAU, and FOWLER have consented to the withdrawal.

1

3. Attorney Liane S. LaBouef with Howell, Buchan & Strong will continue to appear in this case as lead counsel for Defendants. Therefore, this withdrawal will not cause any delays with deadlines or the trial.

4. All requirements of Local Rule 2.02 have been met.

### Local Rule 3.01(g) Certification

The undersigned has conferred with counsel for the Plaintiff, who does not oppose this motion.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Matthew Weston Pope as counsel for Defendants ATTEBERRY, PHILBERT, AIKIN, LANGKAU, and FOWLER.

DATED this February 3, 2023.

/s/ *Matthew Weston Pope*
Matthew Weston Pope
Florida Bar No. 1035267
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: wes@jsh-pa.com
*Attorney for Defendants ATTEBERRY, PHILBERT, AIKIN, LANGKAU, and FOWLER*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on February 3, 2023.

/s/ *Matthew Weston Pope*
Matthew Weston Pope
