UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:22-cv-721-MMH-PDB

ROBERT ATTEBERRY et al.,

    Defendants.

_____

## ORDER

The Court **grants** defendant Lola's unopposed motion for leave to file an answer to the amended complaint, Doc. 44, and accepts as Lola's answer, Doc. 44-1. The Court **directs** the clerk to file Lola's answer, Doc. 44-1, on the docket as a standalone entry.

Matthew Weston Pope, Esquire, moves to withdraw as counsel for defendants Atteberry, Philbert, Aikin, Langkau, and Fowler. Doc. 46. Because there is no opposition, the defendants will remain represented by counsel, and counsel's withdrawal will not affect case management, the Court **grants** the motion, Doc. 46; permits Matthew Weston Pope to withdraw as counsel; and directs the **clerk** to amend the docket accordingly.

**Ordered** in Jacksonville, Florida, on February 6, 2023.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2

caw 2/6
c:
Counsel of Record