UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

      Plaintiff,

v.

ROBERT ATTEBERY, *et al.*,

      Defendants.

Case No. 3:22-cv-721-MMH-PDB

## PLAINTIFF'S NOTICE OF FILING COPY OF TRANSFER MOTION

Pursuant to Local Rule 1.07(a)(2), Plaintiff, through his counsel, hereby gives notice of filing the attached motion to transfer, which was filed in the matter of *Chestnut v. Williams*, Case No. 3:22-cv-1349-BJD-LLL. The motion seeks to have that matter transferred to this Court so that the parties may then ask the Court to consolidate these two proceedings.

Dated: March 21, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

By: */s/ James M. Slater*
      James M. Slater (FBN 111779)
      113 S. Monroe Street
      Tallahassee, Florida 32301
      james@slater.legal
      Tel: (305) 523-9023

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 0966843)
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
Fax (850) 561-0836
cookjv@gmail.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
        James M. Slater