UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

COLIN WILLIAMS, *et al.*,

    Defendants.

Case No. 3:22-cv-1349-BJD-LLL

## JOINT MOTION TO TRANSFER

Pursuant to Local Rule 1.07(a)(2)(B), Plaintiff and Defendants Colin Williams, Robert Atteberry, and Steven Lola (the "parties")[1] jointly move to transfer this case to Judge Marcia Morales Howard, who is assigned to a first-filed action concerning Plaintiff's constitutional claims against Defendants Lola, Atteberry and others regarding conduct at Florida State Prison (FSP) in June and July 2018. *Chestnut v. Atteberry*, Case No. 3:22-cv-721-MMH-PDB (M.D. Fla.). In this later-filed action, Plaintiff asserted Defendants Lola, Atteberry, and others violated his constitutional rights at FSP in December 2018. The parties intend to move to consolidate these matters, but first must move to transfer this action to the presiding judge over the first-filed action. *Shen Yi, LLC v. Deutsche Bank Nat'l Tr. Co.*, No. 2:21-cv-66-NPM, 2021 WL 2592504, at *1 (M.D. Fla. June 24, 2021). The parties submit

---

[1] Not all parties have been served [*see* D.E. 17], and Defendant Burgin has not yet been required to respond to the Complaint based on her date of service. [D.E. 18].

that transfer (and then consolidation) is appropriate because both cases involve Plaintiff and the above-named defendants and concern the same questions of fact and law.

## ARGUMENT

Local Rule 1.07(a) provides that, if "actions before different judges present the probability of inefficiency or inconsistency, a party may move to transfer a later-filed action to the judge assigned to the first-filed action." Local Rule 1.07(a)(2)(B) (emphasis added). Such a determination is "vested in the sound discretion in the Court." *Grant v. Centerstate Bank*, No. 8:20-CV-1920-MSS-AAS, 2021 WL 9594008, at *1 (M.D. Fla. Feb. 19, 2021); *Daniels v. Gov't Emps. Ins. Co.*, No. 8:19-cv-2612, 2020 WL 6599420, at *2 (M.D. Fla. Jan. 15, 2020). The first-filed rule provides that "[w]here two actions involving overlapping issues and parties are pending in two federal courts, there is a strong presumption across the federal circuits that favors the forum of the first-filed suit." *Id.* (quoting *Manuel v. Convergys Corp.*, 430 F.3d 1132, 1135 (11th Cir. 2005); *see also Collegiate Licensing Co. v. Am. Cas. Co. of Reading*, 713 F.3d 71, 78 (11th Cir. 2013).

Here, transfer is appropriate. These two cases involve Plaintiff and Defendants Lola, Atteberry, and other correctional officers and medical staff concerning claims of unconstitutional use of force and other violations while Plaintiff was confined to FSP. The parties agree that these cases would be best transferred to the same district judge, and then, if possible, consolidated to streamline discovery and trial and promote judicial economy.

## CONCLUSION

For these reasons, the parties respectfully request that this Court transfer this case to Judge Marcia Morales Howard, who currently presides before the first-filed action, *Chestnut v. Atteberry*, Case No. 3:22-cv-721-MMH-PDB (M.D. Fla.). Per Local Rule 1.07(a)(2)(B), a copy of this motion will be filed in the first-filed action.

Dated: March 21, 2023.

Respectfully submitted,

| | |
|---|---|
| SLATER LEGAL PLLC | HOWELL, BUCHAN & STRONG |
| */s/ James M. Slater* <br> James M. Slater (FBN 111779) <br> 113 S. Monroe Street <br> Tallahassee, Florida 32301 <br> james@slater.legal <br> Tel. (305) 523-9023 | */s/ Liane LaBouef\** <br> Liane LaBouef (FBN 1025198) <br> 2898-6 Mahan Drive <br> Tallahassee, Florida 32308 <br> Tel. (850) 877-7776 <br> Liane@jsh-pa.com |
| -and- | *Counsel for Defendants Atteberry, Williams & Lola* |
| LAW OFFICE OF JAMES COOK <br> James V. Cook (FBN 966843) <br> 314 W. Jefferson Street <br> Tallahassee, Florida 32301 <br> cookjv@gmail.com <br> Tel. (850) 222-8080 <br> Fax (850) 561-0836 | |
| *Counsel for Plaintiff* | |

*Signed by James Slater with Liane LaBouef's permission.