UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

ROBERT ATTEBERY, *et al.*,

    Defendants.

Case No. 3:22-cv-721-MMH-PDB

## NOTICE OF MEDIATION

Pursuant to the Court's Scheduling Order and Referral to Mediation (Doc. 34), Plaintiff Genard Chestnut provides notice that mediation has been scheduled in this case for **Friday, January 12, 2024, beginning at 9:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Respectfully submitted this 28th day of November 2023.

    */s/ James V. Cook*
    James V. Cook (FBN 966843)
    Law Office of James Cook
    314 West Jefferson Street
    Tallahassee, FL 32301
    (850) 222-8080; 561-0836 fax
    cookjv@gmail.com

    -and-

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
james@slater.legal
Tel (305) 523-9023

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on November 28, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

*/s/ James M. Slater*
James M. Slater

2