UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GENARD DENEZ CHESTNUT,**

    **Plaintiff,**

**v.**                                                         **Case 3:22-CV-00721-MMH-PDB**

**ROBERT ATTEBERRY,**
**DANIEL PHILBERT, JONATHAN**
**AIKIN, STEVEN LOLA,**
**CHRISTOPHER LANGKAU, and**
**AUSTIN FOWLER, individually,**

    **Defendants,**
_____/

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

The undersigned hereby files this Notice of Appearance as counsel of record for Defendants, JONATHAN AIKIN, ROBERT ATTEBERRY, AUSTIN FOWLER, CHRISTOPHER LANGKAU, STEVEN LOLA, and DANIEL PHILBERT, in the above-referenced case and hereby designates the undersigned attorney as lead counsel for Defendants in this case. Please direct all pleadings, correspondence, and other communications regarding this case to:

Lauren F. Strickland, Esq.
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: (850) 877-7776
Email: Lauren@jsh-pa.com
***Lead Counsel***

Respectfully submitted,

/s/ *Lauren F. Strickland*
Lauren F. Strickland, Esq.
Florida Bar No. 0070781
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Email: Lauren@jsh-pa.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on December 20, 2023.

/s/ *Lauren F. Strickland*
Lauren F. Strickland