UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                    No. 3:22-cv-721-MMH-PDB

ROBERT ATTEBERY, et al.,

    Defendants.

_____/

**LIANE S. LABOUEF'S MOTION TO WITHDRAW**

    The undersigned hereby moves to withdraw as counsel of record for Defendants, JONATHAN AKIN, ROBERT ATTEBERRY, AUSTIN FOWLER, CHRISTOPHER LANGKAU, STEVEN LOLA and DANIEL PHILBERT, in the above-referenced case and states the following in support thereof:

1. The undersigned no longer works with the firm Howell, Buchan & Strong.

2. Defendants, JONATHAN AKIN, ROBERT ATTEBERRY, AUSTIN FOWLER, CHRISTOPHER LANGKAU, STEVEN LOLA and DANIEL PHILBERT have consented to the withdrawal.

3. Attorney Lauren F. Strickland, with Howell, Buchan & Strong will continue to appear in this case as lead counsel for Defendants.

Therefore, this withdrawal will not cause any delays with deadlines or the trial.

4. All requirements of Local Rule 2.02 have been met.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Liane S. LaBouef as counsel for Defendants, JONATHAN AKIN, ROBERT ATTEBERRY, AUSTIN FOWLER, CHRISTOPHER LANGKAU, STEVEN LOLA and DANIEL PHILBERT.

Respectfully submitted,

*/s/ Liane S. LaBouef*
Liane S. LaBouef
Florida Bar No. 1025198
Howell, Buchan & Strong, P.A.
2898-6 Mahan Drive
Tallahassee, Florida 32308
(850) 877-7776
Liane@jsh-pa.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on January 5, 2024.

*/s/ Liane S. LaBouef*
Liane S. LaBouef