UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.

ROBERT ATTEBERY, *et al.*,

    Defendants.

Case No. 3:22-cv-721-MMH-PDB

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09(a), Plaintiff Genard Chestnut, through his counsel, respectfully notifies the Court that the parties have reached a settlement in this case whereby all parties will stipulate to a dismissal of the action with prejudice with each side to bear their own fees and costs.

Counsel are in the process of drafting their settlement papers, and respectfully request that the Court vacate all pending deadlines, deny all pending motions as moot, and administratively close this case while the parties finalize their settlement papers and complete all conditions of settlement. Counsel would ask the Court permit 60 days for the parties to complete those matters, at which time the parties would file a joint stipulation of dismissal.

Dated: January 11, 2024.

        Respectfully submitted,

        */s/ James M. Slater*
        James M. Slater (FBN 111779)
        Slater Legal PLLC
        113 S. Monroe Street
        Tallahassee, Florida 32301
        Tel: (305) 523-9023
        james@slater.legal

        James V. Cook (FBN 0966843)
        Law Office of James Cook
        314 W. Jefferson Street
        Tallahassee, Florida 32301
        Tel. (850) 222-8080
        Fax (850) 561-0836
        cookjv@gmail.com

        *Counsel for Plaintiff*