UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GENARD DENEZ CHESTNUT,

    Plaintiff,

v.                                            Case No. 3:22-cv-721-MMH-PDB

ROBERT ATTEBERRY et al.,

    Defendants.
_____

## ORDER

The Court was advised that this case has settled. See Plaintiff's Notice of Settlement (Doc. 58). Therefore, it is now

**ORDERED:**

1. The parties shall have until **March 12, 2024**, to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed the appropriate documents to close out this file or a request for extension of time by the deadline, this case will automatically be deemed to be dismissed without prejudice.

3. Attorney Liane S. LaBouef's Motion to Withdraw (Doc. 57) is **GRANTED**, because the Court finds good cause and Defendants Akin, Atteberry, Fowler, Langkau, Lola, and Philbert will remain represented by

other counsel. The **Clerk** shall terminate Liane S. LaBouef, Esquire as counsel of record for Defendants.

4.     The **Clerk** shall terminate all pending motions and close the file now, subject to reopening upon the filing of a motion before the deadline.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of January, 2024.

MARCIA MORALES HOWARD
United States District Judge

caw 1/12
c:
Counsel of Record